## The State *vs.* Berry & *al.*

A Justice of the peace has no authority to take the recognizance of a prisoner, while in custody of the officer under a *mittimus* issued by another Justice, for want of sureties for his appearance at Court, and before his commitment to prison.

*Scire facias* on a recognizance. The defendants were sureties for two *Crockets;* who were examined on a criminal charge, before a Justice of the peace, who ordered them to find sureties for their appearance at the next Court, and for want of sureties issued a *mittimus* against them. While they were on the way to prison, in custody of the officer, they went before *another* Justice, and entered into the recognizance on which the present writ was sued out.

*Sprague,* for the defendants, objected that the latter Justice had no jurisdiction of the matter, and that therefore the recognizance was void.

And THE COURT being of that opinion, the *Attorney General* entered a *nolle prosequi.*